

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00060-CV

Roland **BELTRAN**,
Appellant

v.

**CFG TX MF HOLDCO, LLC** d/b/a The Maya,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV00014
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 26, 2025.

_____
Lori I. Valenzuela, Justice